UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID L. SHANKS,

    Plaintiff,

v.      Case No. 11-C-689

R LEYENDECKER, et al.,

    Defendants.

**ORDER**

Plaintiff filed a letter seeking an injunction requiring jail officials to follow applicable law with respect to Plaintiff's legal mail and grievances. This is now the second letter Plaintiff has filed in this action. He is advised that the seeking of relief is generally made by the filing of a motion, which allows the other side to respond within time limits prescribed by local rules. In any event, the request will be denied. The claim Plaintiff was allowed to proceed on in this action involves alleged retaliation by jail staff. Given the number of filings in this case, Plaintiff clearly has no trouble sending legal mail or corresponding with this Court. As such, the relief sought by the most recent letter does not bear on this civil action. A civil action is a discrete claim brought against certain individuals; its pendency is not a license for the plaintiff to air all of his grievances against a variety of individuals.

The letter request is **DENIED**.

**SO ORDERED** this ___16th___ day of August, 2011.

                          s/ William C. Griesbach
                          William C. Griesbach
                          United States District Judge