UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID SHANKS,

    Plaintiff,

v.                                   Case No. 11-C-689

R. LEYENDECKER, et al.,

    Defendant.

**MEMORANDUM AND ORDER**

Plaintiff Shanks, who is proceeding pro se, brought a civil rights action alleging (among other things) that he was transferred to an unpleasant cell in retaliation for filing grievances. The Defendants have moved for summary judgment, explaining that there were legitimate, non-retaliatory penological reasons for Plaintiff's transfer. Plaintiff has not responded to the motion for summary judgment.[1] Accordingly, the Defendants' version of the facts must be taken as true. As such, there can be no dispute that the Defendants are entitled to judgment as a matter of law because there is no evidence that any of their actions violated the Constitution.

The motion for summary judgment is **GRANTED**. The case is dismissed.

**SO ORDERED** this   26th   day of March, 2012.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge

---

[1] The Defendants included the requisite *pro se* notice in their filing.